IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL T. PYRTLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:10-CV-683 |
| HENRY MCTHADDEN HAYES, ET AL., | ) ) ) |
| Defendants. | ) |

## ORDER and JUDGMENT

The recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 14, 2012, was served on the parties. The plaintiff filed objections on December 31, 2012. The Court has reviewed the Magistrate Judge's Recommendation, the objections, and the record. The Court has made a de novo review of those matters as to which there were objections. The Court finds that the Motion for Summary Judgment should be granted for the reasons stated by the Magistrate Judge. The Court adopts the Recommendations of the Magistrate Judge, (Doc. 57), in full.

It is therefore **ORDERED** and **ADJUDGED** that Defendants' Motion for Summary Judgment on Plaintiff's Claims under Federal Law, (Doc. 40 ), and Motion for Summary Judgment on Plaintiff's Claim under State Law, (Doc. 42), are **GRANTED** and the case is **DISMISSED** with prejudice as to Defendants Sam Page, Mark S. Martin, Gene Setliff, Kathy Wilson, and the Ohio Casualty Insurance Company.

This the 7th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE